FILED

OCT 3 0 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ays_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID EMILIO JIMENEZ LANDEROS,<br><br>　　　　　Defendant. | Case No. 23-CR-1648-GPC<br><br>**JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE**<br><br>[ECF No. 17] |

The United States of America's Motion to Dismiss the Information (ECF No. 12), without prejudice, is GRANTED. The Information is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 30, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　United States District Judge